**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**SYLVIA CAIRNS,**

**Plaintiff,**

**v.** **Case No.: 9:16-cv-80367-RLR**

**TEDDY'S WING SHACK,**

**Defendant.**
______________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the Plaintiff, SYLVIA CAIRNS, and the Defendant, TEDDY’S WING SHACK, by and through undersigned counsels. Pursuant to Fed. R. Civ. P. 41(a), the parties stipulate to the dismissal of this action with prejudice, and with each party to bear its own attorney's fees, costs and disbursements.

Dated this 2nd day of August, 2016.

*/s/ Gary A. Isaacs*
**GARY A. ISAACS**
Florida Bar No. 602663
**COHEN NORRIS WOLMER RAY TELEPMAN COHEN**
712 U.S. Highway One, Suite 400
North Palm Beach, FL 33401
Telephone: 561-844-3600
Facsimile: 561-842-4104
E-mail: gai@fcohenlaw.com
**Attorneys for Defendant**

*/ s / Brandon J. Hill*
**BRANDON J. HILL**
Florida Bar No. 0037061
**WENZEL FENTON CABASSA, P.A.**
1110 N. Florida Avenue, Suite 300
Tampa, Florida 33602
Main No.: 813-224-0431
Direct No.: 813-337-7992
Facsimile No.: 813-229-8712
Email: bhill@wfclaw.com
Email: jriley@wfclaw.com
**Attorneys for Plaintiff**